1  MELINDA HAAG (CABN 132612)
   United States Attorney

**FILED**

SEP 2 - 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ARIS ARISTIDIS VAVASIS, <br> Defendant. | No. CR-14-00360 LHK <br><br> VIOLATIONS: 21 U.S.C. § 331(d) -- Introduction/Delivery for Introduction of Unapproved New Drug With Intent to Defraud and Mislead- Methasterone; 21 U.S.C. § 331(a) -- Introduction/Delivery for Introduction of Misbranded Drug With Intent to Defraud and Mislead- Ephedrine. <br><br> SAN JOSE VENUE |

SUPERSEDING INFORMATION

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.   Nutrition Dome, Inc. was a business located at 4518 11th Avenue, 2nd level, Brooklyn,

1

SUPERSEDING INFORMATION
CR-14-00360 LHK

New York, 11219. Nutrition Dome, Inc. sold and shipped purported dietary supplements in interstate commerce, including to the Northern District of California, between on or about November, 2010 and July, 2012.

2. The defendant, ARIS ARISTIDIS VAVASIS ("VAVASIS") was the owner of Nutrition Dome, Inc. and controlled and directed its employees and business dealings. Beginning in approximately November, 2010, and continuing through July, 2012, VAVASIS knowingly caused to be manufactured and distributed in interstate commerce two purported dietary supplements, "Methastadrol," and "Lipodrene," both of which contained drugs that were not approved by the Food and Drug Administration.

3. Specifically, VAVASIS knowingly caused to be manufactured and distributed in interstate commerce the product "Methastadrol" (also known as "Superdrol") as a purported dietary supplement. "Methastadrol" was knowingly labeled in a manner that was intended to deceive the Food and Drug Administration, in that it was labeled as a dietary supplement, when in fact "Methastadrol" could not be defined as a dietary supplement. The active ingredient in "Methastadrol" was the Schedule III anabolic steroid, Methasterone (also known by the chemical name 17α-methyldrostanolone). 21 U.S.C. §§ 802(41(A), 812(b), Schedule III (e); 21 C.F.R §§ 1300.01(b)(32), 1308.13(f).

4. Also, VAVASIS knowingly caused to be manufactured and distributed in interstate commerce the product "Lipodrene" as a purported dietary supplement. "Lipodrene" was knowingly labeled in a manner that was intended to deceive the Food and Drug Administration, in that it was

SUPERSEDING INFORMATION
CR-14-00360 LHK

labeled as a dietary supplement, when in fact "Lipodrene" could not be defined as a dietary supplement. The active ingredient in "Lipodrene" was the unapproved drug Ephedrine.

COUNT ONE: (Title 21, United States Code, Sections 331(d) – Introduction/Delivery for Introduction of Unapproved New Drug With Intent to Defraud and Mislead- Methasterone)

5. Paragraphs 1-4 above are hereby re-alleged and incorporated by reference as if set forth in full herein.

6. Beginning at a date unknown but believed to be no later than November, 2010, and continuing until on or about July, 2012, in the Northern District of California and elsewhere, the defendant,

ARIS ARISTIDIS VAVASIS,

with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce, "Methastadrol," which contained Methasterone, a Schedule III controlled substance, which was a "new drug" as defined at Title 21, United States Code, Section 321(p), which lacked the FDA approval required by Title 21, United States Code, section 355, in violation of Title 21, United States Code, Sections 331(d) & 331(a)(1).

COUNT TWO: (Title 21, United States Code, Section 331(a) – Introduction/Delivery for Introduction of Misbranded Drug With Intent to Defraud and Mislead- Ephedrine)

7. Paragraphs 1-4 above are hereby re-alleged and incorporated by reference as if set forth in full herein.

8. Beginning at a date unknown but believed to be no later than November, 2010, and continuing until on or about July, 2012, in the Northern District of California and elsewhere, the defendant,

SUPERSEDING INFORMATION
CR-14-00360 LHK

3

ARIS ARISTIDIS VAVASIS, with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce "Lipodrene," a drug as defined at Title 21, United States Code, Section 321(g), which was misbranded as defined at Title 21, United States Code, Section 352(a), in that the label falsely represented that "Lipodrene" was a dietary supplement when it did not qualify as such, and also misbranded as defined at Title 21, United States Code, Section 352(f)(1), in that the drug lacked adequate directions for its intended use, all in violation of Title 21, United States Code, Sections 331(a) & 333(a)(2).

DATED: 09-02-14

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _MAP_ )
AUSA PARRELLA

SUPERSEDING INFORMATION
CR-14-00360 LHK

4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

**FILED SEP 2 - 2014** — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

### OFFENSE CHARGED

**Count 1:** 21 USC 331(d) - Introduction /Delivery for Introduction of Unapproved New Drug with Intent to Defraud and Mislead

**Count 2:** 21 USC 331(a) - Introduction /Delivery for Introduction of Misbranded Drug with Intent to Defraud and Mislead

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**PENALTY:** Counts 1 & 2 (each count): Up to 3 years imprisonment, $10,000 fine (or twice the gross gain or gross loss), 1 year term of supervised release, $100 special assessment.

**DEFENDANT - U.S.** ▶ ARIS ARISTIDIS VANAS

**DISTRICT COURT NUMBER:**

### PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any):** S/A Jeff Novitzky, FDA-OCI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY  ☐ DEFENSE — SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under — CR-14-360 LHK

**Name and Office of Person Furnishing Information on this form:** MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** MATTHEW A. PARRELLA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No — If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:** c/o

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Sept. 3, 2014/8:30 a.m.   Before Judge: Paul S. Grewal

**Comments:**